UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-cv-24380-REID

CAITLIN HEPBURN,

    Plaintiff,

v.

LUXURBAN HOTELS, INC.,

    Defendant.

_____/

<u>**FINAL JUDGMENT**</u>

In accordance with the Court's Order granting Plaintiff's Motion for Default Final Judgment, it is **ORDERED AND ADJUDGED** as follows:

1. Final Judgment is **ENTERED** in favor of Plaintiff Caitlin Hepburn against Defendant Luxurban Hotels, Inc.

2. A cost judgment is **ENTERED** against Defendant Luxurban Hotels, Inc. in favor of Plaintiff Caitlin Hepburn in the sum of **$1,042.03**.

**DONE AND SIGNED** in Chambers at Miami, Florida, on this 6th day of January, 2025.

_____
LISETTE M. REID
UNITED STATES MAGISTRATE JUDGE

cc:    **All Counsel of Record**